## BAUCOM'S NURSERY CO. v. MECKLENBURG COUNTY

No. 207P88.

Case below: 89 N.C. App. 542.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 28 July 1988.

## BELL v. WEST AMERICAN INS. CO.

No. 203P88.

Case below: 89 N.C. App. 280.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 dismissed 28 July 1988.

## BROWN v. RHYNE FLORAL SUPPLY MFG. CO.

No. 255P88.

Case below: 89 N.C. App. 717.

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 28 July 1988.

## COLEMAN v. COOPER

No. 179P88.

Case below: 89 N.C. App. 188.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 28 July 1988. Petition by defendants (Cooper and Wake County) for discretionary review pursuant to G.S. 7A-31 denied 28 July 1988.

## DEANS v. LAYTON

No. 211P88.

Case below: 89 N.C. App. 358.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 28 July 1988.